AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

*Report Required by the Ethics in Government Act of 1978.*
*(5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name. first. middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRESKA, LORETTA A. | U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF N.Y. | 3/14/05 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| USDJ - ACTIVE | ___ Nomination, Date <br> ___ Initial ✓ Annual ___ Final | 1/1/04 — 12/31/04 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Room 1320 <br> US Courthouse <br> 500 Pearl Street <br> NYC NY 10007 | Reviewing Officer                               Date |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| VICE PRESIDENT | FORDHAM LAW ALUMNI ASSOCIATION |
| CO- TRUSTEE | TRUSTS 5 AND 7 |
| MEMBER | NY REGIONAL PANEL TO SELECT THE 2004-05 WHITE HOUSE FELLOWS |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2004 | CAHILL GORDON + REINDEL LLP — PARTNERSHIP INCOME | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Praska, Lunatta A | 3/14/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRRSKA, Linutta A | 3/14/05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 JP Morton Chase Bank -NYC | A | INT | J | T | | | | | |
| 2 Trust #1 | D | Div INT | N | T | | | | | |
| 3 - Fidelity Spartan 500 Index Fund | | | | | | | | | |
| 4 - Fidelity NY Muni MMF | | | | | | | | | |
| 5 - Promissory Notes | | | | | | | | | |
| 6 - S+P Midcap Deposit Receipts | | | | | B | 5/20 | J | | |
| 7 | | | | | B | 8/16 | J | | |
| 8 Trust #2 | D | Div INT | N | T | | | | | |
| 9 - Fidelity Spartan 500 Index Fund | | | | | | | | | |
| 10 - Fidelity NY Muni MMF | | | | | | | | | |
| 11 - Promissory Notes | | | | | | | | | |
| 12 - S+P Midcap Deposit Receipts | | | | | B | 5/20 | J | | |
| 13 | | | | | B | 8/16 | J | | |
| 14 Trust #3 | C | Div | M | T | | | | | |
| 15 - Fidelity Spartan 500 Index Fund | | | | | | | | | |
| 16 - S+P Midcap Deposit Receipts | | | | | | | | | |
| 17 - Fidelity NY Muni MMF | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, Loretta A. | 3/14/05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 TRUST #4 | D | Div | N | T | | | | | |
| 19 — Fidelity Spartan 500 Index Fund | | | | | | | | | |
| 20 — STF Midcap DR Post Accounts | | | | | | | | | |
| 21 — Fidelity NY Muni MMF | | | | | | | | | |
| 22 TRUST #5 | B | Div | N | T | | | | | |
| 23 — NWML Ins Policy | | | | | | | | | |
| 24 — NR Life Ins Policy | | | | | | | | | |
| 25 TRUST #6 | B | Div | K | T | | | | | |
| 26 — NWML Ins Policy | | | | | | | | | |
| 27 TRUST #7 | A | Div | J | T | | | | | |
| 28 — Everes Ins Policy — NW ML Annuity | | | | | | | | | |
| 29 ~~————————~~ | ~~————~~ | | ~~————~~ | ~~————~~ | | | | | |
| 30 TRUST #8 | B | Div | N | T | | | | | |
| 31 — NWML Ins Policy | | | | | | | | | |
| 32 TRUST #9 | | None | P1 | T | | | | | |
| 33 — Equitable Insurance Policy | | | | | | | | | |
| 34 IRA #1 | E | Div | P1 | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A | 3/14/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 FIDELITY CASH RESERVES | | | | | | | | | |
| 36 GALILEO SELECT EQUITIES | | | | | S | 11/23 | O | | |
| 37 TURREY BROWN GLOBAL VALUE (FUND) | | | | | B | 11/23 | L | | |
| 38 DODGE + COX INTNL STK FUND | | | | | B | 11/23 | M | | |
| 39 BARON GROWTH FUND | | | | | B | 11/23 | M | | |
| 40 | | | | | B | 12/10 | K | | |
| 41 RYDEX TOTAL RETURN FUND | | | | | | | | | |
| 42 IRA #2 | B | DIV | M | T | | | | | |
| 43 FIDELITY SPARTAN 500 INDEX FUND | | | | | | | | | |
| 44 FIDELITY CASH RESERVES | | | | | | | | | |
| 45 BARON GROWTH FUND | | | | | | | | | |
| 46 IRA #3 | C | DIV | M | T | | | | | |
| 47 RYDEX TOTAL RETURN FUND | | | | | | | | | |
| 48 FIDELITY CASH RESERVES | | | | | | | | | |
| 49 IRA #4 | D | DIV | O | T | | | | | |
| 50 FIDELITY CASH RESERVES | | | | | | | | | |
| 51 DODGE + COX INTNL STK FUND | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Praska, Loretta A. | 3/14/05 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Turley Brown Global Value Fund | | | | | | | | | |
| 53 American Growth Fund | | | | | | | | | |
| 54 Law Firm Retirement Fund | | None | O | T | | | | | |
| 55 Law Firm Capital a/c and Int in a/c rec | | None | P, | W | | | | | |
| 56 Forrest City Investment Path | A | K-1 | J | W | | | | | |
| 57 Citifunds NY Tax Free Reserves | B | Div | | | Closed | | | | |
| 58 NYS Muni Bonds | E | Int | P, | T | Matured | 1/2 | L | | |
| 59 NYC Muni Bonds | E | Int | O | T | Matured | 8/2 | K | | |
| 60 ~~—————————————————~~ | | | | | Called | 8/16 | L | | |
| 61 Smith Barney Muni NY MM Portfolio | C | Div | K | T | | | | | |
| 62 Citibank NYC | D | Int | P, | T | | | | | |
| 63 US Savings Bonds | | None | K | T | | | | | |
| 64 Putnam Select Fund | A | Div | J | T | | | | | |
| 65 IRA # 5 | A | Div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PARSKL, Lonnzo A. | 3/14/05 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 66 Vanguard Mid Cap Index Fund | | | | | | | | | |
| 67 Baron Growth Fund | | | | | B | 3/16 | J | | |
| 68 Fidelity Cash Reserves | | | | | B | 3/16 | J | | |
| 69 IRA #6 | A | Div | J | T | | | | | |
| 70 Vanguard Mid Cap Index Fund | | | | | | | | | |
| 71 Baron Growth Fund | | | | | B | 3/16 | J | | |
| 72 Fidelity Cash Reserves | | | | | B | 3/16 | J | | |
| 73 PL Muni Bonds | B | Int | K | T | | | | | |
| 74 M+T Bank — Coup Spring | A | Int | L | T | | | | | |
| 75 LA Muni Bonds | A | Int | K | T | | | | | |
| 76 TX Muni Bonds | A | Int | K | T | B | 6/21 | K | | |
| 77 | | | | | B | 8/16 | L | | |
| 78 SC Muni Bonds | B | Int | K | T | B | 12/3 | K | | |
| 79 WA Muni Bonds | | None | L | T | B | 10/25 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Praska, Loretta A. | 3/14/05 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 80 MN Mun Bonds | B | int | K | 7 | | | | | |
| 81 PA Muni Bonos | C | int | K | 7 | | | | | |
| 82 IL Muni Bonds | C | int | K | T | | | | | |
| 83 Ma Muni Binos | B | int | L | 7 | B | 2/19 | K | | |
| 84 | | | | | B | 7/30 | L | | |
| 85 AL Muni Bonos | B | int | K | 7 | B | 5/11 | K | | |
| 86 KY Mun Bonos | D | int | L | 7 | B | 6/14 | L | | |
| 89 HA Mun Bonds | | None | L | 7 | B | 8/16 | L | | |
| 88 IN Mun Bonos | | None | L | 7 | B | 10/8 | M | | |
| 89 | | | | | | 12/16 | L | | |
| 90 WI Muni Bonos | B | int | L | 7 | B | 4/6 | L | | |
| 91 AK Mun Bonos | B | int | L | T | B | 10/29 | L | | |
| 92 | | | | | | | | | |
| 93 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Prasca, Loretta A. | 3/14/05 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

I        Advisory Board                              Federalist Society, NY Chapter

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature                                         Date March 14, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544